PACKAGING INDUSTRIES LIMITED, INC., PLAINTIFF-PE-
TITIONER, v. LEON HAYDUCKOK, *ET ALS.*, DEFEND-
ANTS-RESPONDENTS.

See same case below : 94 *N. J. Super.* 494.

*Messrs. Fox, Schackner, Neagle & Mastrangelo* for the
petitioner.

*Messrs. Yesko & Marcus* for the respondents.

June 30, 1967. Denied.

CHARLES CONKLIN, *ET AL.*, PLAINTIFFS-PETITIONERS, v.
KORRE ANDERSON, DEFENDANT-RESPONDENT.

*Mr. John Frank, Jr.* and *Mr. Robert E. Frank* for the
petitioners.

*Messrs. Gersten & Chase* for the respondent.

June 30, 1967. Denied.

THE STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MICHAEL A. LEMONGELLO, DEFENDANT-PETI-
TIONER.

*Mr. Frederick Klaessig* for the petitioner.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino* for
the respondent.

June 30, 1967. Denied.